UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TREVOR R. ANDERSON, | |
| Petitioner, | |
| v. | Case No. 08-cv-567-JPG |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Trevor R. Anderson's **petition for a writ of *habeas corpus*/ motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255** is denied, that judgment is entered in favor of respondent **United States of America** and against petitioner Trevor R. Anderson, and that this case is dismissed with prejudice.

**DATED: April 30, 2009**         Justine Flanagan, Acting Clerk

By:s/Deborah Agans, Deputy Clerk

**Approved:** s/ J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**